FILED
2013 Jun-20  PM 03:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| **MOHAMMAD NAIM ORABI** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | **Case No.: 4:13-cv-00847-AKK-** |
| ) | **JEO** |
| **ERIC HOLDER, et al.,** ) | |
| **Respondents.** ) | |

## <u>MEMORANDUM OPINION</u>

On May 6, 2013, Petitioner filed a petition for writ of habeas corpus seeking to be released from custody. (Doc. 1 at 13-14).  On June 5, 2013, Respondents filed a motion to dismiss the petition as moot.  (Doc. 4).  In their motion, Respondents note that Petitioner was released on an Order of Supervision on June 4, 2013.  (Doc. 4-1 at 2).   Because Petitioner has been released on an Order of Supervision, thus, is no longer in custody, his petition is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'").  Accordingly, Respondents' Motion to Dismiss as Moot (doc. 4) is due to be granted and the petition is due to be dismissed without prejudice.

**Done** the 20th day of June, 2013.

**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE